**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PASCAL GEDEON,<br><br>Plaintiff,<br><br>vs.<br><br>BOP *et al.*,<br><br>Defendants. | ) | Civil Action No. 3:26-cv-12<br>Judge Stephanie L. Haines<br>Magistrate Judge Patricia L. Dodge |

**MEMORANDUM ORDER**

Presently before the Court is a Complaint in Civil Action pursuant to 42 U.S.C. § 1983 filed *pro se* by Pascal Gedeon ("Plaintiff") (ECF No. 1). Plaintiff seeks relief for a violation of his First Amendment right to free speech. ECF No. 1, p. 1. Plaintiff states he was denied access to Trulincs, the Federal Corrections Institution at Loretto's message service that allows the user to send email without the possibility to send or receive videos or images. ECF No. 1, p. 2. Plaintiff also made the Court aware that he was granted access to the Trulincs system after his first six weeks of incarceration. ECF Nos. 18, 38, p. 2. Plaintiff also asserts that a prohibition of access to the internet upon his release from prison is unconstitutional. ECF No. 1, p. 2.

Pending in this case is a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) ("Lack of subject-matter jurisdiction") (ECF No. 23), wherein Defendants state there is no plausible claim because Plaintiff's claim regarding Trulincs is moot, and because the Court lacks jurisdiction over Plaintiff's claim regarding restriction of access to the internet. ECF No. 24, p. 2. The Court ordered a response to the Motion to Dismiss (ECF No. 25) and Plaintiff filed his Response (ECF No. 34) on March 30, 2026.[1] The fully briefed Motion to Dismiss was referred to

[1] The Court notes that Plaintiff repeatedly filed Motions to file an Amended Complaint (ECF Nos. 26, 36, 39) which

Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On August 31, 2026, Magistrate Judge Dodge filed a Report and Recommendation (ECF No. 38) recommending that the Motion to Dismiss (ECF No. 23) be granted because, as already ruled upon by this Court, the Trulincs claim is moot. Judge Dodge also found that as to the restricted access to the internet claim there is no live controversy because Plaintiff remains incarcerated. ECF No. 38, pp. 4-5. The Parties were advised that they had fourteen days to file written objections. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2.

On September 14, 2026, Plaintiff filed a second temporary restraining order (ECF No. 40), which the Court construed as timely Objections. Plaintiff's Objections reassert his complaints of suppression of speech and that his case should be decided on the merits. ECF No. 40, pp. 1-2. Plaintiff seems to have a misunderstanding that the case is being dismissed on a procedural finding of untimeliness. ECF No. 40, p. 1. Instead, the Court has substantively found that Plaintiff does not present any cognizable claims, nor did his Objections present any response to the mootness of the claims he presented.

Upon review of the record and the Report and Recommendation (ECF No. 38) pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Dodge in this matter. Judge Dodge correctly determined that Plaintiff's claims are moot and/or premature and, therefore, should be dismissed. ECF No. 38, pp. 4-5. The Motion to Dismiss (ECF No. 23) will be granted with prejudice.

Accordingly, the following order is entered:

---

the Court denied without prejudice as either procedurally inappropriate or off-topic (ECF Nos. 27, 37, 42).

**ORDER**

AND NOW, this 28th day of September, 2026, IT IS ORDERED that the Motion to Dismiss (ECF No. 23) hereby is GRANTED and the Complaint (ECF No. 1) is DISMISSED with prejudice; and,

IT IS FURTHER ORDERED that Magistrate Judge Dodge's Report and Recommendation (ECF No. 38) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that Plaintiff's Objections (ECF No. 40) are OVERRULED; and,

This Clerk of Court shall mark this case as CLOSED.

Stephanie L. Haines
United States District Judge

Pascal Gedeon
46949-509
FCI Loretto
P.O. Box 1000
Cresson, PA 16630
PRO SE